AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2.20·mJ·613 |
| James David Hampton | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 26, 2020 _____ in the county of _____ Madison _____ in the

Southern District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Transmission of a Threat in Interstate Commerce |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

AARON Beggs Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept. 4, 2020

City and state: Columbus, OH

*Judge's signature*

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Aaron Beggs, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 2004. I am currently assigned to the Cincinnati Division Columbus Resident Agency as a member of the Joint Terrorism Task Force (JTTF), where I investigate violations of federal law relating to domestic and international terrorism investigations. Since becoming an FBI agent, I have received specialized training in computer security as well as on-the-job training investigating criminal activities that include various types of fraud and money laundering. I also have participated in investigations involving violent crime, kidnappings, fugitives, identity theft, extortion, crimes against children, public corruption and illegal drug trafficking.

2.      The facts comprising the basis for this affidavit are personally known by me or have been relayed to me directly and indirectly by others familiar with this investigation including FBI personnel, other law enforcement officers, and a complainant. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are necessary to establish probable cause for the complaint sought.

3.      This affidavit is submitted to show that there is probable cause to believe that JAMES DAVID HAMPTON has violated 18 U.S.C. § 875(c) (Transmission of a Threat in Interstate Commerce). Specifically, in August 2020, HAMPTON logged into an Abortion Support Page as Facebook user JD Hampton and threatened to kill J.P. and others who were pro-Abortion.

## PROBABLE CAUSE

*Case Background*

4.      On August 26, 2020, J.P., residing in Buffalo, NY, called the FBI National Threat Operations Center (NTOC) to report Facebook user JD HAMPTON, URL www.facebook.com/jd.hamption.10 (USER ID NUMBER 100030168033019), for making threats on Facebook to kill J.P. and commit acts of terrorism. J.P. is a reproductive rights activist and followed a group on Facebook called the Abortion Support Network.

5.      On August 26, 2020, a man known by Facebook username JD Hampton, later identified by law enforcement as James David HAMPTON, commented on the Abortion Support Network page and made threats to kill J.P. and others who were pro-abortion. Specifically, HAMPTON tagged J.P. and wrote "what about you?.. How do you choose your death?..", to which J.P. responded "no wonder you're single [emoji] you're boring as hell." HAMPTON then wrote, "buffalo ny hugh?.. [emoji] never been there.. thanks for the idea.. I'm willing to trade my life for my convictions.. are you?... I'll live stream your death… you begging for mercy.. pleading for your life… weeping… ill make you famous."

6.      In the same chat group, HAMPTON continued to make threats to kill others. Facebook user name D.D. was also tagged by HAMPTON, who then commented "how would you like your death to be?", to which D.D. responded "how would you like your death to be ??" HAMPTON then wrote, " please… please message me.. grant me the honor of testing your resolve.. please let us meet… I'll make you famous… I'll cut your throat on live FB..". In a message to Facebook username R.C., after R.C. posted "100", HAMPTON wrote, "100?... ok… 100 beatings with a hot chain… then… I will bury you alive in a hole with bleach water to drink (if you choose to) .. oh, and the earth above your body will be set on fire as well.. consider it a trial run for your

2

time in hell.." HAMPTON also threatened G.B. by stating "I think I'll just reserve a 30 caliber for you.. it's always fun watching a live target go 'POOF' (in the dead that is)."

7.     J.P. also viewed the Facebook account of JD Hampton and noticed he had posted several Facebook live videos on his profile that were available to the public. In the Facebook live videos, HAMPTON, who can be seen clearly, stated he had killed pro-abortion supporters before and would kill again. Your affiant also viewed the videos, which appear to have been captured with a cellular telephone as HAMPTON was walking around in one video. Relevant excerpts include: "My name is James David Hampton and I kill baby murderers." He went on to say that his "great satisfaction in life is hunting them and stalking them and killing them." He further stated that the "same lack of compassion you have for unborn children will be showed upon you;" as well as "[t]here are people like me who hunt people like you;" and "[i]ndividuals like me kill people like them, and we sleep well at night." HAMPTON warned of a "great wrath coming, a ferocious one." He talked about the time coming to burn these clinics down and execute the doctors in the streets as well as anyone who funds these clinics or the abortion of children.

*August 2020 FBI Interview of Hampton*

8.     On August 26, 2020, members of the JTTF as well as local law enforcement arrived at HAMPTON'S registered address in Centerburg, Ohio. After several attempts were made to contact someone at the residence, law enforcement proceeded to a nearby neighbor's residence, who provided HAMPTON'S mother's telephone number. Contact was made with HAMPTON's mother, who indicated her son resided at Lamplight Apartments in London, Ohio. His mother stated HAMPTON did not have a history of mental health nor drug use, but he was very pro-life. HAMPTON, however, has past convictions for possession of drugs and drug paraphernalia.

3

9.     Shortly after talking with his mother, HAMPTON reached out to law enforcement. HAMPTON confirmed his residence in London, Ohio and admitted to making the threats to the individuals on the Abortion Support Network page. HAMPTON logged into Facebook, searched abortion clinics and found a pro-abortion chat thread which involved seven individuals, whom he did not know personally. HAMPTON further confirmed he made threats to all seven individuals.

10.     During the conversation, HAMPTON spoke passionately about his anti-abortion ideology. HAMPTON felt the government supported the death of children and "Uncle Sam" and all others were inside a boiling pot, which would eventually boil over. When asked if he wanted to go to Buffalo, New York and kill innocent people at an abortion clinic, HAMPTON stated it would be terrible if innocent people were killed in the process and it would be unfortunate. But also that nobody at the abortion clinics was innocent. HAMPTON never denied making the threats and went on to say he had been quiet for years and why not come out of hiding and be that one person.

11.     When asked if he had planned to shoot up a clinic, HAMPTON stated no, to shoot up a clinic would be a waste of bullets. The abortion clinics would just hire a carpenter and patch the holes. He would burn clinics down to a "crisp."

12.     On August 27, 2020, members of the JTTF conducted a consensual interview of HAMPTON at Prairie Grass Trail in London, Ohio. HAMPTON was advised that he was not being detained and was free to leave at any point during the conversation.

13.     HAMPTON confirmed his Facebook page was JD HAMPTON and on August 26, 2020 around 12:00 p.m. Eastern Time, he searched for abortion related sites and located a chat group containing seven or eight individuals. HAMPTON said at first, he was going to write about moral principles and how abortion wasn't moral. But when he saw a cartoon depicting an aborted baby, HAMPTON picked all seven people and began to give explicit details on how he would abort each one of them. Some of those details were a vice to the head, a cut throat, along with other

4

threats (choices) they don't use during an abortion process.  HAMPTON mentioned tagging each individual and giving them the "choices." Once unknown male posted his name and where he worked on his Facebook. HAMPTON proceeded to tell the individual how he would initiate surveillance, identify him and follow him home.  Next, around 2:00-3:00 a.m. HAMPTON would enter his house and give him a "variety" of choices to choose from on how HAMPTON would abort him.

14.    HAMPTON stated he did not like messes; he would use a 7.62 (caliber weapon) from 800 yards away.  HAMPTON wanted those people to feel "hunted" and stated while they kill babies, there are people who kill baby killers.  HAMPTON compared individuals who work in the abortion clinics to hyenas and stated while they cannot be cured, there still must be a cure.  When asked if he participated in any anti-abortion activism, HAMPTON denied any interest. HAMPTON believed waving signs and shaming people did not combat abortion. You had to combat a genocide of the most precious among us "unborn babies" with combat. HAMPTON added he hoped his actions would inspire real action. HAMPTON hoped someone would reach out and ask him to explain more of his beliefs. HAMPTON stated shooting up abortion clinics would draw attention and reduce his reaction time. HAMPTON stated a guerilla person does not need training. If they spent time planning, getting the layout and knowledge about what was inside. One could us homemade napalm, canisters, and a timing device.

15.    HAMPTON described J.P. as enthusiastic about killing babies, so HAMPTON told her how enthusiastic he was about killing her. HAMPTON did not know any details personally about J.P., but since she was pro-abortion, she was his enemy. HAMPTON confirmed he hoped J.P. and the others were in fear for their life. Throughout the remainder of the interview HAMPTON referred to the government as "the Roman Caesar" and expressed his discontent with how the

5

Republic and its sick liberal agenda had infiltrated the minds of the weak. HAMPTON stated when he was 16 years old, he got a woman who later had an abortion, which upset him.

16.     HAMPTON gave verbal and written consent for the FBI to conduct a cellular phone extraction during the interview. In one video from HAMPTON's phone, HAMPTON was sitting in a vehicle while in possession of what appeared to be a Springfield XD handgun. The handgun was sitting on HAMPTON's leg while he looked around. Due to the video not showing any surroundings, HAMPTON's location at the time of the video was unknown.

17.     Based upon the foregoing facts and information, there is probable cause to believe that HAMPTON violated 18 U.S.C. § 875(c) (Transmission of a Threat in Interstate Commerce).

Respectfully submitted,

Aaron Beggs
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on September 4, 2020

Elizabeth Preston Deavers, U.S. Magistrate Judge

6

