UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 APR 15 PM 3: 11

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | **INDICTMENT** |
| JAMES DAVID HAMPTON, | 18 U. S. C. § 875(c) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

At all times relevant to this Indictment:

1.      The defendant, **JAMES DAVID HAMPTON ("HAMPTON")**, resided in London, Ohio, within the Southern District of Ohio.

2.      Abortion Support Network (ASN) was a non-profit organization based in the United Kingdom, whose mission was to help people access safe abortions. ASN maintained a Facebook page, which clearly stated their mission and the services they provided.

3.      On August 26, 2020, **HAMPTON** searched "Abortion Support Network" on Facebook. He subsequently made the following comments on the ASN Facebook page:

> You are baby murderers ... we kill scum like you .. You are the scum of the earth ... we hunt your kind .. We watch ...observe..document ...we dedicate .. We follow you ...we stalk you ... then we kill you ... You are the wicked and evil among mankind .. we kill your kind .... I am making this known ... so that anyone of you have a chance to cease and desist .. to save your own life... a chance that these babies dont have ... if you do not ... there will be no pity when I myself stand over your cowering body as you beg and weep for your own life ... just before I cut your throat ... Your evil and wicked ways will be answered...

There is a birthing coming ... a new dawn ... that rising tide !!.. the evil among us have reigned to long .. these evil and wicked scum that hunt our children and sell them ..use them...and murder them in the womb, they are being hunted now ... two fronts... those that rescue these precious children and provide their sanctuary... and the ones that hunt the hunters and kill them with extreme prejudice... I am a proud member of the latter mentioned ... there is no greater satisfaction in knowing that a child predator is laying rotting in the soil...

All of you are scum ... you are the wicked and evil ..I take great pride in hunting scum like you and killing you ... I have for awhile .. wittiseing scum like you beg for your life as you weep brings me great joy ... there are others like me ..more and more .. we are waking ... we are WOKE ... we stalk your kind of scum .. we document ..we know where you live.. your routines .. we kidnap your kind ... we torture you for information .. then we 😈.. ABORT YOU ... each of you on here I have documented your information .. you have become my prey .. perhaps .. I may execute one of you with clamps or poison.. but my personal favorite is cutting your throats ... watching that life rapidly escape you in your state of absolute fear and panic is a great satisfaction to me ...

4.     On August 26, 2020, **HAMPTON** continued making comments on the ASN Facebook page, which were directed at specific individuals.

## COUNTS 1-10
### (Transmitting a Threat in Interstate Commerce)

5.     The factual allegations contained in Paragraphs 1 through 4 of the Indictment are re-alleged and fully incorporated by reference herein.

6.     On or about August 26, 2020, in the Southern District of Ohio, and elsewhere, the defendant, **JAMES DAVID HAMPTON**, knowingly and willfully transmitted in interstate and foreign commerce from London, Ohio, to various locations inside and outside of the United States, as set forth below, electronic communications via Facebook, which contained threats to injure the individuals identified below, wherein the defendant specifically stated:

| Count | Threatening Communication | Victim | Victim Location |
|---|---|---|---|
| 1 | how would you like your death to be ? | D.D. | Alberta, Canada |
| 2 | what about you ?.. how do you choose your death?.. | J.P. | Buffalo, New York |
| 3 | would you beg and scream and plead for your life ?.. or will except your death with no reservation ? | C.B. | United Kingdom |
| 4 | I'm curious as to how you will react to a hot vice sqezzing your brain out of your skull !... perhaps.. maybe in 149 hours you may need my next triumph? | N.B. | Gibraltar, United Kingdom |
| 5 | you, yes you !... I will take great enjoyment in taking your life from you ... | A.S. | Red Oak, Texas |
| 6 | 100 ?... ok... 100 beatings with a hot chain ... then ... I will bury you alive in a whole with bleach water to drink ( if you choose to ) .. oh, and the earth above your body will be set on fire as well .. consider it a trial run for your time in hell .. | R.C. | Malta, Europe |
| 7 | please ... please message me ..grant me the honor of testing your resolve .. please let us meet ... I'll make you famous ... I'll cut your throat on live FB .. | D.D. | Alberta, Canada |
| 8 | buffalo ny hugh ?.. 😝.. never been there.. thanks for the idea .. I'm willing to trade my life for my convitions .. are you ?... I'll live stream your death ... you begging for mercy .. pleading for your life ... weeping ... ill make you famous | J.P. | Buffalo, New York |
| 9 | I am curious to see just how much of your vanity and pride you immediately abandon when I torture you ... perhaps.. you will die just from pure fear ... ( I've never done that one before ) ... I'll consider you a challenge ... maybe I can achieve your death just from fear !!.. ( obviously there will be violent beatings ) .. but I'll give it a jolly ole try to not afflict you with physical wounds that would lead to death ... I'm expecting it to take a few days however ... yes !.. your going to be a great challenge .. death by absolute fear !.. I'm looking forward to it .. | C.B. | United Kingdom |

| 10 | Enny minny miny moe ( did I spell that correctly ? ) .. which one of you will I choose first ?.. [D.D.] ?.. [A.S.] ..?... [J.P.] ?... 😁... I wonder, could I snatch all of them and force them to savagely beat each other to death ?.. ( probably not in the first few days) .. but, call me arrogant, but I believe I could achieve this within a week !.. I'm thinking ole donny will be the winner .. 🙂 | D.D. J.P. A.S. | Alberta, Canada; Buffalo, New York; and Red Oak, Texas |

In violation of 18 U.S.C. § 875(c).

**A TRUE BILL**

s/Foreperson_____
**FOREPERSON**

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

JESSICA W. KNIGHT (0086615)
Assistant United States Attorney

4